1 | TOM MOSER, ESQ., SBN #72028
TOM MOSER, A LAW CORPORATION
2 | E-Mail: moser5707@sbcglobal.net
5707 Corsa Avenue, Suite 106
3 | Westlake Village, California  91362-4058
Telephone:  (818) 735-9990
4 | Facsimile:  (818) 735-9992

5 | Attorneys for Plaintiff,
PATRICIA HUNTER

6

7

8 | **UNITED STATES DISTRICT COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | PATRICIA HUNTER,                    ) CASE NO.: CV 14-4438-CBM (PLAx)
                                    ) Case Assigned to: Hon. Consuelo
12 |              Plaintiff,            )                 B. Marshall
                                    )
13 | -vs-                               ) ORDER RE: STIPULATED
                                    ) DISMISSAL OF ENTIRE ACTION
14 | GROUP LONG TERM DISABILITY         )
INSURANCE FOR EMPLOYEES OF       ) [29 U.S.C. §1132(a)(1)(B)]
15 | LINE 6, INC., AN ERISA PLAN,       )
LINCOLN NATIONAL LIFE            )
16 | INSURANCE COMPANY, and DOES 1 )    JS-6
through 10, Inclusive,           )
17 |                                     )
             Defendants.            )
18 | _____)

19

20 |     Upon reading the Stipulation of the parties, it is so ordered

21 | that the Complaint of Plaintiff, PATRICIA HUNTER, is hereby

22 | dismissed with prejudice.  Each side to bear their own costs and

23 | attorney's fees.

24

25 | DATED: January 9, 2015         _____
                               JUDGE CONSUELO B. MARSHALL
26 |                               United States District Court

27

28

1